**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON**

UNITED STATES OF AMERICA,

      Plaintiff,     :    Case No. 3:12-CR-92(1)

 -vs-

                              Judge Walter H. Rice
                              Magistrate Judge Michael J. Newman

BRYCE EVERHART,

      Defendant.     :

---

**ORDER**

---

     The Writ of Habeas Corpus *Ad Prosequendum* is **ORDERED** dissolved and the defendant is returned to the custody of Greene County.

     Upon completion his sentence in Greene County, or upon further order of this Court, he shall be immediately transferred to the custody of the U.S. Marshal and returned to this jurisdiction for further proceedings.

     **IT IS SO ORDERED.**


August 2, 2012                                             s/**Michael J. Newman**
                                                               United States Magistrate Judge