# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

    vs.

BRYCE ANTHONY EVERHART (1)
BLAINE DELAND CLARK, JR (2)
TERRY DEWAYNE TURNER (3),

       Defendant.

:
:
:          Case No. 3:12cr92 (1-3)
:
:          JUDGE WALTER HERBERT RICE
:
:
:
:

---

## PRELIMINARY PRETRIAL ORDER; TRIAL DATE AND OTHER DATES SET

---

| | |
|---|---|
| Date of Preliminary Pretrial Conference | __7/30/2012__ |
| Jury Trial Date | __10/1/2012__ |
| Final Pretrial Conference (by telephone) | __Monday, 9/24/2012__ <br> __at 5:00 pm__ |
| Motion Filing Deadline <br>     Oral and Evidentiary Motions | __9/4/2012__ |
|     Other Motions | __9/10/2012__ |
| Discovery Cut-off | __9/24/2012__ |
| Speedy Trial Deadline | __10/5/2012__ |
| Further Status Conference | - - - - - - |

August 3, 2012

WALTER HERBERT RICE
UNITED STATES DISTRICT JUDGE

Copies mailed to:
United States Attorney
Counsel of Record
United States Marshal
United States Pretrial Services
United States Probation Department

WHR:jdf