IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

BLAINE DELAND CLARK, JR.,

    Defendant.

Case No. 3:12cr92 (2)

JUDGE WALTER HERBERT RICE

DECISION AND ENTRY OVERRULING DEFENDANT'S MOTION FOR RELIEF FROM PRETRIAL DETENTION (DOC. #36); REASONING SET FORTH

Pursuant to a review of the Memorandum filed by Defendant's counsel, in support of his client's Motion for Relief from a Detention Order imposed by the United States Magistrate Judge, as well as upon a thorough review of the report of the Pretrial Services Office, dated August 2, 2012, the Defendant's Motion is deemed by this Court to be not well taken and same is, therefore, overruled in its entirety, given that the Court believes that there are at present no conditions that will adequately and reasonably assure the appearance of the Defendant as required and the safety of any other person or the community.

In ruling as aforesaid, this Court notes the Defendant's three prior assault convictions, as well as numerous misdemeanor charges, for a number of which warrants had to be issued by the court of record for his failure to appear. This Court's

ruling herein is without prejudice to renewal by Defendant not earlier than 60 days from date.

August 10, 2012

*[signature]*
WALTER HERBERT RICE
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of record
Vali Dye, U.S. Pretrial Services Officer