IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CASE NO. 3:12CR092 |
| v. | : | JUDGE WALTER HERBERT RICE |
| **BRYCE ANTHONY EVERHART (1)** | : | |
| **BLAINE DELAND CLARK, JR. (2)** | : | **ORDER UNSEALING INDICTMENT** |
| **TERRY DEWAYNE TURNER (3)** | : | |
| **SHANNON D. GOODMAN (4)** | : | |
| **EDWARD T. RIMI (5)** | : | |
| **WAYNE A. TREECE (6)** | : | |
| **DARRELL LEE ROBERSON (7)** | : | |

Upon motion of the United States, and for the reason that the above captioned defendants have been arrested, the above captioned case is hereby ordered unsealed.

DATE: 9-27-12

JUDGE WALTER HERBERT RICE
UNITED STATES DISTRICT COURT