IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.      Case No. 3:12cr92 (4)

SHANNON D. GOODMAN,      JUDGE WALTER H. RICE

    Defendant.

---

ORDER RELEASING CAPTIONED DEFENDANT FROM SHELBY COUNTY JAIL FOR SPECIFIC PERIOD OF TIME AND FOR A SPECIFIC PURPOSE

---

The captioned Defendant is under Indictment with this Court and is being detained in the Shelby County Jail, pursuant to an Order of Detention issued by the United States Magistrate Judge. The Defendant's case is on the docket of the undersigned United States District Judge.

It has come to this Court's attention that the Defendant's significant other, Paula Milby, the mother of his children, is presently in Grandview Hospital, Dayton, Ohio, in intensive care having suffered a severe asthmatic attack. At the time of the dictation of this entry, it is unknown whether she will recover. The entirety of this information has been verified by United States Pretrial Services Officer, Vali Dye, at the request of this Court.

WHEREFORE, it is the order of this Court that the captioned Defendant be released from the Shelby County Jail, in the custody of Bart Milby, at 1:00 p.m. on Saturday, October 6, 2012, for the specific purpose of visiting Paula Milby, and for no other purpose. He is to be returned to the Shelby County Jail by Bart Milby, not later than 5:00 p.m. on Saturday, October 6, 2012.

October 5, 2012

WALTER H. RICE
UNITED STATES DISTRICT JUDGE

Copies to:

Sheila Lafferty, AUSA
Pete Certo, Jr., Esq.
Vali Daye, U.S. Pretrial Services Officer
U.S. Mashals Service
Shelby County Jail