IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,
:
    Plaintiff(s)

    vs.     :    Case No. 3:12-cr-092(4)

SHANNON D. GOODMAN
:
    Defendant(s)

_____

ORDER FOR TEMPORARY RELEASE
_____

Upon the request of the Defendant, presently incarcerated in the Shelby County Jail, this court hereby orders the defendant to be released <u>at 8:00 am on Monday, October 15, 2012</u>, into the custody of , Jill Milby, for the purposes of attending the funeral services of Paula Milby. The defendant is to be returned to the Shelby County Jail no later than <u>4:00 pm on Monday, October 15, 2012</u>.

IT IS SO ORDERED.

                                                s/ Walter H. Rice
                                            WALTER HERBERT RICE, JUDGE
                                            UNITED STATES DISTRICT COURT

Copies to:
Counsel of Record
The United States Attorney
The United States Marshal Service