IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.      Case No. 3:12cr092 (1-7)

BRYCE ANTHONY EVERHART (1)
BLAINE CLARK , JR. (2)      JUDGE WALTER H. RICE
TERRY DEWAYNE TURNER (3)
SHANNON GOODMAN (4)
EDWARD RIMI (5)
WAYNE TREECE (6)
DARRELL LEE ROBERSON (7),

    Defendants.

---

## PRELIMINARY PRETRIAL ORDER; TRIAL DATE AND OTHER DATES SET

---

| | |
|---|---|
| Date of Preliminary Pretrial Conference | **10/4/2012** |
| Jury Trial Date | **1/4/2013** |
| Final Pretrial Conference (by telephone) | **1/7/2013 at 5:00 pm** |
| Motion Filing Deadline | |
|     Oral and Evidentiary Motions | **12/17/2012** |
|     Other Motions | **12/24/2012** |
| Discovery Cut-off | **12/24/2012** |
| Speedy Trial Deadline | **12/6/2012 but tolled due to pendency of outstanding motion to suppress evidence** |

Further Status Conference

November 2, 2012

_____

*[signature]*
WALTER H. RICE
UNITED STATES DISTRICT JUDGE

Copies mailed to:
United States Attorney
Counsel of Record
United States Marshal
United States Pretrial Services
United States Probation Department

WHR:jdf