IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff(s)

vs.

BRYCE ANTHONY EVERHART

    Defendant(s)

Case No: 3:12cr092(1)
JUDGE WALTER HERBERT RICE

---

ENTRY DISMISSING CAPTIONED CAUSE WITHOUT PREJUDICE; DISMISSAL TO BE WITH PREJUDICE, FOLLOWING DEFENDANT'S SENTENCE IN CASE NO. 3:12CR149 ON MARCH 12, 2013; TERMINATION ENTRY

---

Defendant having entered a plea of guilty in Case No. 3:12cr149, on December 12, 2012, the captioned cause is ordered dismissed, without prejudice. Said dismissal will be with prejudice, following Defendant's sentencing in the aforesaid 3:12cr149 on March 12, 2013.

The captioned cause is hereby ordered terminated upon the docket records of the United States District Court for the Southern District of Ohio, Western Division, at Dayton.

IT IS SO ORDERED.

December 19, 2012

                              WALTER HERBERT RICE, JUDGE
                              UNITED STATES DISTRICT COURT