IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

BLAINE DELAND CLARK,

    Defendant.

Case No. 3:12cr092 (2)

JUDGE WALTER H. RICE

---

ENTRY FINDING DEFENDANT IN VIOLATION OF BOND BUT NOT REVOKING SAME; DEFENDANT CONTINUED ON BOND, SUBJECT TO IDENTICAL CONDITIONS; RIGHT OF APPEAL EXPLAINED AND UNDERSTOOD

---

On January 15, 2013, the Defendant, having previously been found in violation of his bond set and met on November 13, 2012, appeared in open Court for final disposition.

Based upon the record made on the aforesaid January 15, 2013, while the Defendant was found in violation of his bond, the Court declined to revoke same. Rather, the Defendant was continued on bond, subject to the same conditions as previously set.

Specifically, the Court held in abeyance the third allegation set forth in the Petition of December 20, 2012 (Doc. #124), to which a denial has been lodged, and declined to revoke the Defendant's bond on the four allegations admitted.

Following the above, the Defendant was orally explained his right of appeal, and he indicated an understanding of same.

January 28, 2013

*[signature: Walter H. Rice]*
WALTER H. RICE
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of record
Patrick Kennedy, U.S. Pretrial Services Officer