IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff(s)

vs.

WAYNE A. TREECE

    Defendant(s)

Case No: 3:12cr092(6)

JUDGE WALTER HERBERT RICE

---

ENTRY DISMISSING CAPTIONED CAUSE WITHOUT PREJUDICE; DISMISSAL TO BE WITH PREJUDICE, FOLLOWING DEFENDANT'S SENTENCE IN CASE NO. 3:13-cr-012 ON MAY 7, 2013; TERMINATION ENTRY

---

Defendant having entered a plea of guilty in Case No. 3:13cr012, on January 28, 2013, the captioned cause is ordered dismissed, without prejudice. Said dismissal will be with prejudice, following Defendant's sentencing in the aforesaid 3:13cr012 on May 7, 2013.

The captioned cause is hereby ordered terminated upon the docket records of the United States District Court for the Southern District of Ohio, Western Division, at Dayton.

IT IS SO ORDERED.

January 28, 2013

_____
WALTER HERBERT RICE, JUDGE
UNITED STATES DISTRICT COURT