IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff(s)

vs.

DARRELL LEE ROBERSON

        Defendant(s)

:    Case No: 3:12cr092(7)

     JUDGE WALTER HERBERT RICE

:

:

---

ENTRY DISMISSING CAPTIONED CAUSE WITHOUT PREJUDICE; DISMISSAL TO BE WITH PREJUDICE, FOLLOWING DEFENDANT'S SENTENCE IN CASE NO. 3:13-cr-013 ON MAY 9, 2013; TERMINATION ENTRY

---

Defendant having entered a plea of guilty in Case No. 3:13cr013, on January 28, 2013, the captioned cause is ordered dismissed, without prejudice. Said dismissal will be with prejudice, following Defendant's sentencing in the aforesaid 3:13cr013 on May 9, 2013.

The captioned cause is hereby ordered terminated upon the docket records of the United States District Court for the Southern District of Ohio, Western Division, at Dayton.

IT IS SO ORDERED.

January 28, 2013

                                                                      WALTER HERBERT RICE, JUDGE
                                                                      UNITED STATES DISTRICT COURT